1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    LARRY W. KIRK,                          No. CIV S-06-0033-MCE-CMK-P

12                    Plaintiff,

13          vs.                               ORDER

14    LOU BLANAS,

15                    Defendant.

16    _____/

17          Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18    to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion for appointment of counsel

19    (Doc. 16), filed on October 11, 2006.  Plaintiff's second amended complaint will be addressed

20    separately.

21          The United States Supreme Court has ruled that district courts lack authority to

22    require counsel to represent indigent prisoners in § 1983 cases.  See Mallard v. United States

23    Dist. Court, 490 U.S. 296, 298 (1989).  In certain exceptional circumstances, the court may

24    request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  See Terrell v.

25    Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36

26    (9th Cir. 1990).  In the present case, the court does not at this time find the required exceptional

1

circumstances.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for the appointment of counsel (Doc. 16) is denied.

DATED:   October 13, 2006.

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

2