IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY W. KIRK,                              No. 2:06-cv-0033-MCE-CMK-P

      Plaintiff,

  v.                                              <u>ORDER</u>

LOU BLANAS,

      Defendant.

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

      On October 19, 2006, the magistrate judge filed Findings and Recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the Findings and Recommendations were to be filed within ten (10) days.

///

///

1

Plaintiff has timely filed Objections to the Findings and Recommendations.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

As to Plaintiff's Motions for Leave to Amend the Complaint and for Appointment of Counsel, both filed on November 9, 2006, Plaintiff states that he should be granted leave to amend prior to dismissal of the entire action. However, as outlined in the Findings and Recommendations, Plaintiff is not entitled to leave to amend because the deficiencies in his complaint cannot be cured. See Lopez v. Smith, 203 F.3d 1122, 1126, 1131 (9th Cir. 2000) (en banc). Therefore, Plaintiff's Motions are denied.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed October 19, 2006, are adopted in full;

2. Plaintiff's Motions for Leave to Amend and for Appointment of Counsel are denied;

3. This action is dismissed; and

///
///
///

---

[1] Plaintiff's Motion for an Extension of Time to File Objections is denied as unnecessary.

    4.   The Clerk of the Court is directed to enter judgment and close this file.

DATED: November 20, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE